ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00173-DAD-EPG |
| Plaintiff, | STIPULATION CONTINUING SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| CARLOS ABEL LOPEZ MOLINAR, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through their counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on May 4, 2026.

2.    By this stipulation, the defendant now moves to the sentencing hearing to June 15, 2026.

IT IS SO STIPULATED.

Dated:  April 27, 2026

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: April 27, 2026

/s/ HARRY M. DRANDELL
HARRY M. DRANDELL
Counsel for Carlos Abel Lopez Molinar

1

**ORDER**

IT IS ORDERED THAT:

The sentencing hearing currently scheduled for May 4, 2026, is continued to June 15, 2026, at 10:00 a,m. before District Judge Dale A. Drozd.

Dated: April 28. 2026

_____
Troy L. Nunley
Chief United States District Judge