HARRY M. DRANDELL (CA BAR# 109293)
Law Offices of Harry M. Drandell
1060 Fulton Street, Ste. 803
Fresno, CA 93721
Telephone: (559) 442-1041
Facsimile: (559) 214-0174
hmdrandell@sbcglobal.net

*Attorney for Defendant,*
CARLOS LOPEZ MOLINAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CARLOS LOPEZ MOLINAR,<br>Defendant. | Case No.: **1:23-CR-00173-DAD**<br><br>**MOTION TO TERMINATE CJA OF APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND ORDER** |

On August 31, 2023, Defendant, Carlos Lopez Molinar was indicted on federal charges. CJA Panel Attorney, Harry M. Drandell was appointed as trial counsel to represent Mr. Molinar on August 18, 2023, in his criminal case. Mr. Molinar was sentenced pursuant to a plea agreement on June 15, 2026. The time for filing a direct appeal was June 29, 2026. No direct appeal was filed. The trial phase of Mr. Molinar's criminal case has, therefore, come to an end. Having completed his representation of Mr. Molinar, CJA attorney Harry M. Drandell now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Molinar require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: August 7, 2026

Respectfully submitted,

LAW OFFICES OF HARRY M. DRANDELL

/s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant
CARLOS LOPEZ MOLINAR

**ORDER**

Having reviewed the notice and found that attorney Harry M. Drandell has completed the services for which he was appointed, the Court hereby grants attorney Harry M. Drandell's request for leave to withdraw as defense counsel in this matter. Should defendant seek further legal assistance, defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Carlos Lopez Molinar, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Carlos Lopez Molinar, BOP# 73835-510
FCI Victorville Medium I
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 3725
ADELANTO, CA 92301

IT IS SO ORDERED.

Dated: **August 10, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE